IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:14CR191 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| WILLIAM CAYOU and | ) | |
| HOLLY CAYOU, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the oral motion of counsel for Holly Cayou for an extension of the pretrial motion deadline. The motion was made during the arraignment on the Information on July 14, 2014. Each defendant agreed to the motion and acknowledged the additional time needed for the motion would be excluded under the calculations under the Speedy Trial Act. The oral motion was granted.

**IT IS ORDERED:**

1. The motion for an extension of time file pretrial motions is granted. The defendants shall have **to on or before August 15, 2014**, in which to file pretrial motions in accordance with the progression order.

2. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendants in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., **from July 14, 2014, and August 15, 2014**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendants' counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 14th day of July, 2014.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge